**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DATHAN A. GRIFFIN,

       Plaintiff,

v.                                    Case No:   6:24-cv-1432-PGB-LHP

LUIS F. CALDERON, MICHAEL
MURPHY, ERIC J. NETCHER,
JEFFREY L. ASHTON, STATE OF
FLORIDA, JONATHAN J.A. PAUL,
WEISSMAN PAUL, PLLC, THE CITY
OF ORLANDO, CHRISTINE
PEARSON, JENNIFER ELIZABETH
KASCH and ZACHARY J. OXLEY,

       Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR ALTERNATIVE**
>                  **SERVICE OF PROCESS (Doc. No. 94)**
>
> **FILED:**     **October 29, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(g) as it does not contain a certification that Plaintiff has conferred with the opposing parties prior to filing the motion.   Plaintiff is reminded that despite his *pro se* status, he is expected to fully comply with the Federal Rules of Civil Procedure and Local Rules of this Court, as well as all Orders entered in this case to date.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a pro se litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties