**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DATHAN A. GRIFFIN,

    Plaintiff,

v.                                       Case No:   6:24-cv-1432-PGB-LHP

LUIS F. CALDERON, MICHAEL
MURPHY, ERIC J. NETCHER,
JEFFREY L. ASHTON, STATE OF
FLORIDA, JONATHAN J.A. PAUL,
WEISSMAN PAUL, PLLC, THE CITY
OF ORLANDO, CHRISTINE
PEARSON, JENNIFER ELIZABETH
KASCH and ZACHARY J. OXLEY,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE OF ADJUDICATIVE FACTS. (Doc. No. 141)
>
> **FILED:**     December 19, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion fails to comply with Local Rule 3.01(g).  The motion also fails to comply with Local Rule 3.01(a) because it contains no legal authority in support. Relatedly, the motion fails to establish entitlement to the relief sought, namely the propriety of "judicial notice" that certain Defendants retaliated against Plaintiff by the facts alleged.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2024.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties