**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DATHAN A. GRIFFIN,

        Plaintiff,

v.                                               Case No:   6:24-cv-1432-PGB-LHP

LUIS F. CALDERON, MICHAEL
MURPHY, ERIC J. NETCHER,
JEFFREY L. ASHTON, STATE OF
FLORIDA, JONATHAN J.A. PAUL,
WEISSMAN PAUL, PLLC, THE CITY
OF ORLANDO, CHRISTINE
PEARSON, JENNIFER ELIZABETH
KASCH and ZACHARY J. OXLEY,

        Defendants

**ORDER**

Before the Court are Plaintiff's responses in opposition to three motions to dismiss. Doc. Nos. 175–77. In each of the responses, Plaintiff embeds a motion to strike the motion to dismiss at issue. *Id.* Upon review, to the extent that Plaintiff moves the Court to strike the motions to dismiss, the requests (Doc. Nos. 175–77) are **DENIED**.

First, "[i]t is not appropriate to seek an order for affirmative relief in a response to a motion." *Armington v. Dolgencorp. Inc.*, No. 3:07-cv-1130-J-JRK, 2009

WL 210723, at *2 (M.D. Fla. Jan. 20, 2009). Second, to the extent the response embeds a motion, the requests fail to comply with Local Rule 3.01(g). Doc. Nos. 175–77. Third, Plaintiff cites Federal Rule of Civil Procedure 12(f) in support of the requests. Doc. No. 175, at 6; Doc. No. 176, at 6; Doc. No. 177, at 6. But "Rule 12(f) does not apply because the motion to dismiss is not a pleading." *Edgerton v. City of St. Augustine, Fla.*, No. 3:20-cv-941-BJD-PDB, 2021 WL 1789368, at *3 (M.D. Fla. May 5, 2021).

Therefore, the Court will consider the filings (Doc. Nos. 175–77) solely as responses in opposition to the motions to dismiss (Doc. Nos. 164–65, 168), which will be addressed in due course.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties