# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DATHAN A. GRIFFIN,

      Plaintiff,

v.                                           Case No:   6:24-cv-1432-PGB-LHP

LUIS F. CALDERON, MICHAEL
MURPHY, ERIC J. NETCHER,
JEFFREY L. ASHTON, STATE OF
FLORIDA, JONATHAN J.A. PAUL,
WEISSMAN PAUL, PLLC, THE CITY
OF ORLANDO, CHRISTINE
PEARSON, JENNIFER ELIZABETH
KASCH and ZACHARY J. OXLEY,

      Defendants

## ORDER

Before the Court is Plaintiff's Motion to Compel Orange County Clerk of the Court to Produce Audio and Video Evidence.  Doc. No. 170.  Upon review, the Motion (Doc. No. 170) is **DENIED without prejudice** for two reasons.[1]  First, the motion fails to comply with the Standing Order on Discovery Motions.  *See* Doc.

---

[1] The Court does not deem a response to the motion by Defendants necessary to resolve the motion.

No. 87. Second, there are currently four (4) pending motions to dismiss Plaintiff's amended complaint (Doc. Nos. 164–66, 168). For the same reasons previously set forth imposing a stay of discovery with regard to motions to dismiss the initial complaint, *see* Doc. No. 105, it is **ORDERED** that the stay of all discovery remains in effect until all motions to dismiss are fully and finally resolved and the claims in this case are established.

    **DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

                                                    LESLIE HOFFMAN PRICE
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties